UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUNAMERICA HOUSING FUND 1050, A NEVADA LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>        Plaintiff,<br><br>v.<br><br>PATHWAY OF PONTIAC, INC. et al.,<br><br>        Defendants. | Case No. 2:19-cv-11783-AJT-MKM |

**EXHIBIT 6**

**MAY 31, 2019 LETTER TO SHF 1050 REGARDING LOCKWOOD PROPOSAL**



JACK C. DAVIS PC
JAMES R. NEAL
MICHAEL G. OLIVA
MICHAEL H. RHODES
JEFFREY L. GREEN
JEFFREY S. THEUER[1]
KEVIN J. RORAGEN
RICHARD W. PENNINGS

TED S. ROZEBOOM
SARA L. CUNNINGHAM
JAMES F. ANDERTON, V[2]
MICHAEL G. STEFANKO[6]
MIKHAIL MURSHAK[3,4,5]
DOMINIC R. RIOS
ALAN G. ABOONA
MARK A. IAFRATE

OF COUNSEL:
KARL L. GOTTING PLLC
MICHAEL A. HOLMES
PAULA K. MANIS PLLC[7]
KELLY REED LUCAS[7]
YING BEHER

[1] ALSO LICENSED IN MD
[2] ALSO LICENSED IN FL
[3] ALSO LICENSED IN CT
[4] ALSO LICENSED IN NY
[5] ALSO LICENSED BY USPTO
[6] ALSO CPA
[7] EASTWOOD OFFICE

KEVIN J. RORAGEN
Telephone: 517-482-2400
Fax: 517-853-8619
kjroragen@loomislaw.com

May 31, 2019

**VIA EMAIL & FIRST CLASS MAIL**

TO THE PARTNERS OF
PONTIAC ILF LIMITED DIVIDEND HOUSING ASSOCIATION LIMITED PARTNERSHIP:

Mr. Jerome E. Finis
Pathway of Pontiac, Inc.
30 S. Wacker Drive, Suite 1300
Chicago, IL 60606
jfinis@pathwaytoliving.com

Mr. Michael Fowler, Vice President
AIG Sun America, Inc.
Sun America Housing Fund 1050
1 Sun America Center
Century City
Los Angeles, CA 90067-6022

Re:   Notice of Receipt of Bona Fide Offer to Purchase

Gentlemen:

This office represents PV North, LLC, a General Partner of the above-referenced Michigan limited partnership. On behalf of our client, you are hereby notified that the Partnership has received a bona fide Offer to Purchase, dated May 21, 2019 from Lockwood Development Company, LLC of Southfield, Michigan ("Lockwood"). A copy of Lockwood's Offer to Purchase Real Estate is enclosed for your records.

In accordance with Section 17.03 of the Amended and Restated Agreement of Limited Partnership, effective September 1, 2002 ("Partnership Agreement"), PV North, LLC has contemporaneously notified Presbyterian Village North, a Michigan nonprofit corporation ("Presbyterian"), of the bona fide offer, and Presbyterian shall have up to thirty (30) days to exercise its right of first refusal as set forth in Article XVII of the Partnership Agreement.

DOWNTOWN LANSING OFFICE:
124 W. ALLEGAN STREET, SUITE 700
LANSING, MI  48933-1784
517-482-2400

GRAND RAPIDS OFFICE:
100 GRANDVILLE AVE, SW, SUITE 202
GRAND RAPIDS, MI 49503
517-482-2400

EASTWOOD OFFICE:
2400 LAKE LANSING ROAD, SUITE E
LANSING, MI 48912-3674
517-485-0400

Loomis, Ewert, Parsley, Davis & Gotting, P.C.
May 31, 2019
Page 2 of 2

      Thank you for your attention to these matters. This notice is provided as a courtesy, and PV North reserves and retains all rights.

                                Very truly yours,

                                LOOMIS, EWERT, PARSLEY,
                                DAVIS & GOTTING, P.C.

                                Kevin J. Roragen

KJR/mjf

CC:    PV North, LLC (via email)
        Louis E. Dolan, Jr., Esq., Counsel for Investment Partnership (via email and first class mail)

LOOMIS

PVM 0068