UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUNAMERICA HOUSING FUND 1050, A NEVADA LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>         Plaintiff,<br><br>v.<br><br>PATHWAY OF PONTIAC, INC. et al.,<br><br>         Defendants. | Case No. 2:19-cv-11783-AJT-MKM |

**EXHIBIT 7**

**MAY 31, 2019 LETTER TO PRESBYTERIAN REGARDING LOCKWOOD PROPOSAL**

Case 2:19-cv-11783-AJT-MKM ECF No. 27-9, PageID.813 Filed 07/29/20 Page 2 of 3



# LOOMIS

JACK C. DAVIS PC
JAMES R. NEAL
MICHAEL G. OLIVA
MICHAEL H. RHODES
JEFFREY L. GREEN
JEFFREY S. THEUER[1]
KEVIN J. RORAGEN
RICHARD W. PENNINGS

TED S. ROZEBOOM
SARA L. CUNNINGHAM
JAMES F. ANDERTON, V[2]
MICHAEL G. STEFANKO[6]
MIKHAIL MURSHAK[3,4,5]
DOMINIC R. RIOS
ALAN G. ABOONA
MARK A. IAFRATE

OF COUNSEL:
KARL L. GOTTING PLLC
MICHAEL A. HOLMES
PAULA K. MANIS PLLC[7]
KELLY REED LUCAS[7]
YING BEHER

KEVIN J. RORAGEN
Telephone: 517-482-2400
Fax: 517-853-8619
kjroragen@loomislaw.com

[1] ALSO LICENSED IN MD
[2] ALSO LICENSED IN FL
[3] ALSO LICENSED IN CT
[4] ALSO LICENSED IN NY
[5] ALSO LICENSED BY USPTO
[6] ALSO CPA
[7] EASTWOOD OFFICE

May 31, 2019

**VIA EMAIL & FIRST CLASS MAIL**

Mr. Roger Myers
Presbyterian Village North
26200 Lahser Road, Suite 300
Southfield, MI 48033

      Re:    Notice of Receipt of Bona Fide Offer to Purchase - Pontiac ILF Limited Dividend Housing Association Limited Partnership ("Pontiac ILF")

Dear Mr. Myers:

      This notice is being sent to you on behalf of PV North, LLC, a General Partner of Pontiac ILF. Pursuant to Section 17.03 of the Amended and Restated Agreement of Limited Partnership, effective September 1, 2002 ("Partnership Agreement") relating to Pontiac ILF, Presbyterian Village North ("Presbyterian") is hereby notified that Pontiac ILF has received a bona fide Offer to Purchase the apartment complex located in Pontiac, Michigan, and commonly known as the Village of Oakland Woods. A copy of the Offer to Purchase is enclosed for your reference and review. In accordance with Article XVII of the Partnership Agreement, Presbyterian shall have thirty (30) days from the date of this notice to exercise its right of first refusal as set forth therein.

      Thank you, in advance, for your anticipated expeditious attention to these matters.

DOWNTOWN LANSING OFFICE:
124 W. ALLEGAN STREET, SUITE 700
LANSING, MI 48933-1784
517-482-2400

GRAND RAPIDS OFFICE:
100 GRANDVILLE AVE, SW, SUITE 202
GRAND RAPIDS, MI 49503
517-482-2400

EASTWOOD OFFICE:
2400 LAKE LANSING ROAD, SUITE E
LANSING, MI 48912-3674
517-485-0400

PVM 0065

Loomis, Ewert, Parsley, Davis & Gotting, P.C.
May 31, 2019
Page 2 of 2

                                    Very truly yours,

                                    LOOMIS, EWERT, PARSLEY,
                                    DAVIS & GOTTING, P.C.

                                    Kevin J. Roragen

KJR/mjf

Enclosure

CC:    PV North LLC (via email and first class mail)
        Pathway of Pontiac Inc. (via email and first class mail)
        Louis E. Dolan, Jr., Esq., Counsel for Investment Partnership (via email and first class mail)

LOOMIS