UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<small>UN</small>A<small>MERICA</small> H<small>OUSING</small> F<small>UND</small> 1050,

  Plaintiff,

  v.

P<small>ATHWAY OF</small> P<small>ONTIAC</small>, I<small>NC</small>. <small>ET AL</small>,

  Defendant.

           /

Case No. 19-11783

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

## JUDGMENT

All issues having been resolved by the Court's Order [36] of February 4, 2021, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 4th day of February 2021.

      DAVID J. WEAVER
      CLERK OF THE COURT

      BY: s/Michael E. Lang
      Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE